# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3708

_____

William Pledger, III,                              *
                                                   *
          Appellant,                 *     Appeal from the United States
                                                   *     District Court for the Eastern
    v.                                          *     District of Arkansas.
                                                   *
Pulaski County Circuit Court, Seventh              *          [UNPUBLISHED]
Division; State of Arkansas,                       *
                                                   *
          Appellee.                  *

_____

Submitted:  April 5, 2002

Filed:  April 8, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

William Pledger, III purports to appeal from the district court's dismissal of Pledger's complaint. Having carefully reviewed the record, we observe that the district court has not entered a separate judgment, as required by Federal Rule of Civil Procedure 58. Accordingly, Pledger's appeal is premature, and we dismiss without prejudice to the taking of an appeal once the district court enters judgment on a separate document. See Sanders v. Clemco Indus., 862 F.2d 161, 166-67 (8th Cir. 1988).

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.